# IN THE SUPREME COURT OF THE STATE OF NEVADA

BENNETT GRIMES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MICHELLE LEAVITT, DISTRICT
JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81531

FILED

SEP 03 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus seeks a writ directing the district court to grant petitioner's motion to correct an illegal sentence.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). A writ of mandamus will not issue when petitioner has a "plain, speedy and adequate

remedy in the ordinary course of law." *Gumm v. State, Dep't of Educ.*, 121 Nev. 371, 375, 113 P.3d 853, 856 (2005); NRS 34.170. Petitioner has not established that an eventual appeal does not afford an adequate legal remedy. *Pan*, 120 Nev. at 224, 88 P.3d at 841 ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."). Accordingly, we

ORDER the petition DENIED.

_____ *Pickering* _____, C.J.
Pickering

_____ *Hardesty* _____, J.      _____ *Silver* _____, J.
Hardesty                                      Silver

cc:   Hon. Michelle Leavitt, District Judge
     Bennett Grimes
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk